People v Rahkeem S.

2026 NY Slip Op 02422

April 22, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Rahkeem S. (Anonymous), appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 22, 2026

2018-05323, (Ind. No. 8716/14)

Colleen D. Duffy, J.P.

Deborah A. Dowling

Janice A. Taylor

Laurence L. Love, JJ.

Twyla Carter, New York, NY (Mimi Lei of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Daniel Berman of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Betty J. Williams, J., at plea; Matthew D'Emic, J., at sentence), rendered January 11, 2018, adjudicating him a youthful offender, upon his plea of guilty to attempted robbery in the second degree, and imposing sentence.

ORDERED that the judgment is modified, on the law, by vacating the imposition of a mandatory surcharge and crime victim assistance fee; as so modified, the judgment is affirmed.

The mandatory surcharge and crime victim assistance fee imposed upon the defendant (see former Penal Law § 60.35[10]) must be vacated in light of the retroactive application of amendments repealing the imposition of mandatory surcharges and crime victim assistance fees for youthful offenders (see L 2020, ch 144, §§ 3, 4; People v Kahrone H., 204 AD3d 693, 694).

DUFFY, J.P., DOWLING, TAYLOR and LOVE, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court